## WOODARD v. LOCAL GOVERNMENTAL EMPLOYEES' RETIREMENT SYSTEM

No. 95A93

Case below: 108 N.C.App. 378

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 1 July 1993. Motion by defendants to dismiss appeal in part allowed 1 July 1993. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## YARBOROUGH v. MOORE

No. 192P93

Case below: 109 N.C.App. 700

Motion by defendants (Moore & Richardson) to dismiss appeal for lack of substantial constitutional question allowed 1 July 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993. Motion by defendants (Moore & Richardson) for sanctions denied 1 July 1993.

### PETITION TO REHEAR

## BOWLES v. MUNDAY

No. 327PA92

Case below: 333 N.C. 788

Petition by plaintiff to rehear pursuant to Rule 31 denied 1 July 1993.